UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Nicole Therese Plater,

          Plaintiff(s),

v.                                                      Case No. 2:17−cv−14191−SJM−APP
                                                        Hon. Stephen J. Murphy III
National Credit Adjusters, LLC,

          Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  National Credit Adjusters, LLC

The default of the party named above for failure to plead or otherwise defend is entered.

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

          DAVID J. WEAVER, CLERK OF COURT

          By: s/ D. Peruski
          Deputy Clerk

Dated:  February 5, 2018