UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE THERESE PLATER,

    Plaintiff,

v.

NATIONAL CREDIT ADJUSTERS, LLC,

    Defendant.
_____/

Case No. 2:17-cv-14191

HONORABLE STEPHEN J. MURPHY, III

## JUDGMENT

Pursuant to the Court's order dated March 19, 2018, it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of Plaintiff Nicole Therese Plater against Defendant National Credit Adjusters, LLC in the amount of $6,000 in damages, in addition to any applicable interest under the law. Plaintiff is entitled to attorney's fees in the amount of $2,206.25 and costs in the amount of $478.34.

DAVID J. WEAVER
CLERK OF THE COURT

BY: s/ D. Parker
Dated: March 19, 2018        Deputy Clerk

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 19, 2018, by electronic and/or ordinary mail.

    s/David P. Parker
    Case Manager